**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 466 MAL 2016
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
JOVON JAVAR DESHIELDS, :
:
Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Donohue did not participate in the consideration or decision of this matter.